# City Court.

*Special Term—May*, 1885.

## HARRIS *against* SPADER.

Where a notice of appearance is served by an individual as attorney for defendant and a notice of motion is subsequently served in a firm name, without first entering an order of substitution, the service is irregular.

McAdam, Ch. J.—Every pleading or notice must be subscribed by the attorney of record (*Code*, § 421), and to make a substitution effective, an order should be entered and notice given (*Bliss Code*, vol. 1, p. 39, note *j*). Where a notice of appearance is served by an individual, as attorney for the defendant, and a notice of motion is subsequently served in a firm name, without first entering an order of substitution, the notice is irregular, and the objection to it on that ground is fatal.

Motion dismissed.